01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Frank Khoshaba                       ) Chapter 7
                                            ) Bankruptcy Case No.
                                            )
                                            )
Debtor(s)                                   )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A.  [To be completed in all cases]

   I (We), Frank Khoshaba_____ and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.  [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

   ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Frank Khoshaba
_____          _____
Printed or Typed Name of Debtor or Representative   Printed or Typed Name of Joint Debtor

[signature]
_____          _____
Signature of Debtor or Representative               Signature of Joint Debtor

04/04/2014
_____          _____
Date                                                Date